# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
GUARDIANSHIP OF: WALTER
THOMAS RADABAUGH AND THE
RADABAUGH 1979 TRUST.

WALTER THOMAS RADABAUGH,
                        Appellant,
        vs.
KAYCEE ZUSMAN; AMY
RADABAUGH; AND JULIE PAUL,
                    Respondents.

No. 75143

FILED

APR 16 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. James E. Wilson, District Judge
       Lansford W. Leavitt, Settlement Judge
       Jennifer S. Anderson
       Patricia C. Halstead
       Handelin Law Ltd.
       Carson City Clerk

18-14437